**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**RANDY GRIGGS**                                                                     **PLAINTIFF**

**v.**                                        **Case No. 4:26-cv-350-JM**

**NARAN DESAI,** *et al*.                                                         **DEFENDANTS**

<u>**ORDER**</u>

Plaintiff Randy Griggs's Complaint (Doc. 2) is dismissed without prejudice because he failed to file an amended complaint as directed. (Doc. 5); LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 22nd day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE