## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RANDY GRIGGS**                                                                 **PLAINTIFF**

**v.**                                  **Case No. 4:26-cv-350-JM**

**NARAN DESAI,** *et al*.                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 22nd day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE